IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CONTRELL LEO FLOYD,
        Plaintiff,

vs.                                  Case No.: 3:09cv366/WS/EMT

M.L. CARNAHAN, et al.,
        Defendants.
_____/

## REPORT AND RECOMMENDATION

This matter is before the court on Plaintiff's notice of voluntary dismissal of the instant civil rights case filed pursuant to 42 U.S.C. § 1983 (doc. 34).

Rule 41(a)(1)(A)(i) provides that an action may be dismissed without an order of the court by filing a notice of dismissal at any time before the adverse party serves an answer or files a motion for summary judgment.  Because Defendants have not yet been served in the instant case, it is clear that Plaintiff is automatically entitled to a voluntary dismissal at this time.

Accordingly, it is respectfully **RECOMMENDED**:

That Plaintiff's notice of voluntary dismissal (doc. 34) be **GRANTED** and this case be **DISMISSED without prejudice**.

At Pensacola, Florida, this 18th day of October 2011.

                                      /s/ *Elizabeth M. Timothy*
                                      **ELIZABETH M. TIMOTHY**
                                      **UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof.  <u>**Any different deadline that may appear on the electronic docket is for the court's internal use only**</u>.  A copy of objections shall be served upon the magistrate judge and all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* **28 U.S.C. § 636;** <u>United States v. Roberts</u>**, 858 F.2d 698, 701 (11th Cir. 1988).**