UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CONTRELL LEO FLOYD,

    Plaintiff,

v.        3:09cv366-WS

M.L. CARHAHAN, et al.,

    Defendants.

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 35) docketed October 18, 2011.  The magistrate judge recommends that this case be dismissed without prejudice pursuant to the plaintiff's notice of voluntary dismissal.

The court having reviewed the record, it is ORDERED:

1.  The magistrate judge's report and recommendation (doc. 35) is ADOPTED and incorporated into this order by reference.

2.  The clerk shall enter judgment, stating: "All claims are DISMISSED without prejudice pursuant to the plaintiff's notice of voluntary dismissal."

DONE AND ORDERED this    15th    day of    November   , 2011.

        s/ William Stafford
        WILLIAM STAFFORD
        SENIOR UNITED STATES DISTRICT JUDGE